■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE SOLER, Appellant.—Judgment, Supreme Court, New York County (William Davis, J.), rendered on December 12, 1985, unanimously affirmed. Motion by defendant-appellant for leave to enlarge the record on appeal to include certain exhibits denied. No opinion. Murphy, P. J., Sandler, Kassal, Rosenberger and Smith, JJ.

■ JACOB KAUFMAN, as Executor of GUSSIE KAUFMAN, Deceased, Appellant, v MONTEFIORE HOSPITAL AND MEDICAL CENTER, Respondent.—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on April 28, 1986, and judgment of said court, entered on July 22, 1986, unanimously affirmed, without costs and without disbursements. Motion by plaintiff-appellant for an order to compel defendant-respondent to withdraw its appendix denied. No opinion. Concur—Sullivan, J. P., Ross, Asch, Milonas and Wallach, JJ.